YOUNG MEN'S CHRISTIAN ASSOCIATION OF MATAWAN, NEW JERSEY, complainant,

*v.*

T. FRANK APPLEBY et al., executors, &c., defendants.

[Argued May term, 1925. Decided October 19th, 1925.]

On appeal of Katherine Brown et ux.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Foster, whose opinion is reported in *97 N. J. Eq. 95.*

*Mr. Thomas Brown,* for the appellants.

*Mr. J. Raymond Tiffany,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Foster.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, JJ. 13.

*For reversal*—None.